UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

FILED

AUG 1 8 2015

CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 15-50098 |
| Plaintiff, | INDICTMENT |
| vs. | Theft of Firearms<br>(18 U.S.C. §§ 922(u), 924(i)(1) & 2) |
| JOSHUA CLARK and,<br>MICHAEL SULLIVAN, | Possession of Firearms by a<br>Prohibited Person<br>(18 U.S.C. §§ 922(g)(9) and 924(a)(2)) |
| Defendants. | Possession of Stolen Firearms<br>(18 U.S.C. §§ 922(j) and 924(a)(2)) |
| | Possession with Intent to Distribute<br>a Controlled Substance<br>(21 U.S.C. § 841(a)(1), (b)(1)(D)) |

The Grand Jury charges:

## COUNT I

On or about June 23, 2015, at Rapid City, in the District of South Dakota, the defendant, Joshua Clark, did steal, unlawfully take, and carry away from the place of business of First National Pawn, licensed by the Bureau of Alcohol, Tobacco, Firearms, and Explosives to engage in the business of dealing in firearms and located at 930 East North Street, Rapid City, South Dakota 57701, the following firearms:

(a) Ruger, model LC9, 9mm caliber pistol, bearing serial number 325-56115;
(b) Ruger, model SR40, .40 caliber pistol, with an obliterated serial number obliterated believed to be 342-72814;
(c) Ruger, model LC9, 9mm caliber pistol, with an obliterated serial number obliterated believed to be NRA112807;

(d)     Kahr, model CW40, .40 caliber pistol, with an obliterated serial number believed to be FF7489,

all of which had been shipped and transported in interstate commerce, all in violation of 18 U.S.C. §§ 922(u), 924(i)(1).

## COUNT II

On or about June 23, 2015, in the District of South Dakota, the defendant, Joshua Clark, having been previously convicted of a misdemeanor crime of domestic violence, did knowingly and intentionally possess firearms, that is:

(a)     Ruger, model LC9, 9mm caliber pistol, bearing serial number 325-56115;
(b)     Ruger, model SR40, .40 caliber pistol, with an obliterated serial number obliterated believed to be 342-72814;
(c)     Ruger, model LC9, 9mm caliber pistol, with an obliterated serial number obliterated believed to be NRA112807;
(d)     Kahr, model CW40, .40 caliber pistol, with an obliterated serial number believed to be FF7489,

all of which had been previously shipped and transported in interstate and foreign commerce, all in violation of 18 U.S.C. §§ 922(g)(9) and 924(a)(2).

## COUNT III

On or about June 23, 2015, in the District of South Dakota, the defendants, Joshua Clark and Michael Sullivan, did knowingly receive, possess, conceal, and store stolen firearms, that is:

(a)     Ruger, model LC9, 9mm caliber pistol, bearing serial number 325-56115;
(b)     Ruger, model SR40, .40 caliber pistol, with an obliterated serial number obliterated believed to be 342-72814;
(c)     Ruger, model LC9, 9mm caliber pistol, with an obliterated serial number obliterated believed to be NRA112807;

(d)     Kahr, model CW40, .40 caliber pistol, with an obliterated serial number believed to be FF7489,

all of which had been shipped and transported in interstate commerce before being stolen, knowing and having reasonable cause to believe that the firearms were stolen, in violation of 18 U.S.C. §§ 922(j) and 924(a)(2).

## COUNT IV

On or about July 2, 2015, in the District of South Dakota, the defendant, Michael Sullivan, knowingly and intentionally possessed, with the intent to distribute, Oxymorphone, a Schedule II controlled substance, all in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D).

A TRUE BILL:

**NAME REDACTED**

Foreperson

RANDOLPH J. SEILER
Acting United States Attorney

By _____

3