UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

**FILED**

AUG 1 8 2015

CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 15- 50098 |
| Plaintiff, | |
| | ORDER SEALING CASE |
| vs. | |
| JOSHUA CLARK and MICHAEL SULLIVAN, | |
| Defendants. | |

Upon motion of the United States and good cause having been shown, it is hereby

ORDERED, pursuant to Federal Rule of Criminal Procedure 6(e)(4), that the case in the above-entitled matter be sealed until such time as both Defendants charged therein are arrested, or until it is otherwise ordered unsealed.

IT IS FURTHER ORDERED that this Order and the United States' Motion to Seal are sealed until the case is unsealed by operation of the arrests of both Defendants or otherwise ordered unsealed.

Dated this _18th_ day of August, 2015.

BY THE COURT:

DANETA WOLLMANN
United States Magistrate Judge